IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **KAMISHA STANTON**, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CASH ADVANCE CENTERS, INC.**, a Delaware Corporation,<br><br>Defendant. | Case No. 4:21-cv-00285-SRB<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Cash Advance Centers, Inc., pursuant to Fed. R. App. P. 3(a)(1), appeals to the United States Court of Appeals for the Eighth Circuit from the trial court's Order of February 23, 2022, denying Defendant's motion to dismiss this case and compel arbitration or, in the alternative, stay this case pending the outcome of binding arbitration. Dkt. #49. Defendant has the right to immediately appeal the order denying its motion to dismiss this case and compel arbitration or stay this case pending the outcome of binding arbitration under the Federal Arbitration Act, 9 U.S.C. §§ 16(a)(1)(A) and (B).

Dated: March 4, 2022

Respectfully submitted,

**STINSON LLP**

By: /s/ Michelle A. Fox
Michelle A. Fox (MO #41735)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: 816-842-8600
Fax: 816-691-3495

1

CORE/3006812.0004/172976143.3
Case 4:21-cv-00285-SRB   Document 52   Filed 03/04/22   Page 1 of 3

Email: michelle.fox@stinson.com

By: */s/ John R. Munich*
John R. Munich (MO #29799)
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: 314-863-0800
Fax: 314-863-9388
john.munich@stinson.com

**EVERSHEDS SUTHERLAND US LLP**

*/s/ Lewis S. Wiener*
Lewis S. Wiener (*pro hac pending*)
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: 202-383-0140
Facsimile: 202-637-3593
lewiswiener@eversheds-sutherland.com

**ATTORNEYS FOR DEFENDANT
CASH ADVANCE CENTERS, INC. and
ADVANCE AMERICA, CASH ADVANCE
CENTERS OF MISSOURI, INC.**

## CERTIFICATE OF SERVICE

On March 4, 2022, I filed the foregoing motion with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

By: */s/ Michelle A. Fox*
Michelle A. Fox (MO #41735)